

**U.S. Department of Justice**

**Leah B. Foley**
*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (413) 785-0235*

*United States Courthouse*
*300 State Street, Suite 230*
*Springfield, Massachusetts 01105*

September 24, 2025

BY ECF (without enclosures)
BY USAFx (with enclosures)

Jared Olanoff, Esq.
73 Chestnut Street
Springfield, MA 01103
Counsel for Louis R. Masaschi

Brad Bailey Law, PC
44 School Street, Suite 1000b
Boston, MA 02108
Counsel for Louis R. Masaschi

David R. Yannetti, Esq.
44 School Street, #1000A
Boston, MA  02108
Counsel for Jeannette Norman

> Re:  *United States v Louis R. Masaschi and Jeannette Norman*
> <u>Docket No. 23-CR-30014-MGM</u>

Dear Counsel:

Pursuant to Fed. R. Crim. P. 16 and Rules 116.1(c) and 116.2 of the Local Rules of the United States District Court for the District of Massachusetts and in furtherance of the Government's automatic discovery letter dated February 14, 2024 (D.38), I write to memorialize that, pursuant to the Discovery Protective Order dated July 31, 2023 (D.27), on September 24, 2025, the Government provided you by USAFx the following discovery, which has been bates-labeled as MASASCHI-00357991 to MASASCHI-00362736:

1.      Grand Jury Responses and Transcripts

     a.      Subpoena No. 175 (SLIC)

     b.      Subpoena No. 2 (FCU) (Supplemental)

  c.  Subpoena No. 9 (TU) (Supplemental)

  d.  Subpoena No. 30 (WTC) (Supplemental)

  e.  Subpoena No. 92 (MA SOC) (Supplemental)

  f.  Subpoena No. 111 (BFS) (Supplemental)

  g.  Subpoena No. 151 (BB) (Supplemental)

  h.  Subpoena No. 154 (PC) (Supplemental)

  i.  Subpoena No. 177 (SHA) (Supplemental)

  j.  Transcript of testimony, July 31, 2025 (RM)

2.  Witness and Victim Material

  a.  C, J

  b.  CR

  c.  D, C

  d.  E, C (FBI)

  e.  F, M

  f.  G, B (TA)

  g.  G, J (AS)

  h.  G, C (D)

  i.  G, C

  j.  HCRD

  k.  M, S

Please contact me if you have any questions.

Very truly yours,

LEAH B. FOLEY
United States Attorney

STEVEN
BRESLOW

Digitally signed by
STEVEN BRESLOW
Date: 2025.09.24
17:36:06 -04'00'

By:    _Steven H. Breslow_
STEVEN H. BRESLOW
Assistant U.S. Attorney
(413) 785-0330
steve.breslow@usdoj.gov